IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF PENNSYLVANIA


AMERICAN BOARD OF INTERNAL      : CIVIL ACTION
MEDICINE                        :
                                :
          vs.                   : NO. 10-CV-2676
                                :
MONICA MUKHERJEE, M.D.          :


                             **ORDER**

     AND NOW, this    24th    day of January, 2011, upon consideration of the Defendant's Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction and Plaintiff's Reply thereto, it is hereby ORDERED that the Motion is GRANTED IN PART and DENIED IN PART and Counts I and II of Plaintiff's Complaint are DISMISSED without prejudice to Plaintiff's right to timely re-file them in an appropriate forum.  In all other respects, the motion is DENIED.

                                        BY THE COURT:


                                        s/J. Curtis Joyner
                                        J. CURTIS JOYNER,    J.